IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS G. NAVARRETT | No. CIV S-10-0916-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

/ / /

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2   randomly assign a District Judge to this case and to update the docket to reflect the new case
3   number.
4
5   DATED: January 25, 2011
6
  _____
7   **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE